UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA (Sacramento)

| | |
|---|---|
| FLOYD ANTHONY RODGERS,<br><br>　　　Plaintiff - Appellant,<br>v.<br><br>J. HAMILTON,<br><br>　　　Defendant - Appellee. | No. 06-15178<br>D.C. No. CV-05-00295-FCD/GGH<br><br>ORDER |

**FILED**

MAR 1 4 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
　　　　　DEPUTY CLERK

This appeal has been taken in good faith　[ ]

This appeal is not taken in good faith　　[✓]

Explanation: _No cognizable claim_

_____

_____

GREGORY G. HOLLOWS
　　MAG   Judge
United States District Court

Date: March 13, 2006